IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **WESLEY EUGENE DOLLAR,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-22 (MTT) |
| **WARDEN ALAN CARTER,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Plaintiff Wesley Eugene Dollar's Motion for Leave to Appeal In Forma Pauperis (Doc. 9) and Motion for Judgment as a Matter of Law and to Enter Newly Discovered Evidence (Doc. 10).  For the following reasons, the Motions are **DENIED**.

On February 24, 2012, the United States Court of Appeals for the Eleventh Circuit dismissed the Plaintiff's appeal for want of prosecution because the Plaintiff failed to pay the filing and docketing fees to the district court within the proper time period.  (Doc. 11).   Because the Plaintiff's appeal has already been dismissed, his Motion for Leave to Appeal In Forma Pauperis is moot.  In a separate motion the Plaintiff moves to introduce newly discovered evidence and for judgment as a matter of law.  This motion restates the arguments made by the Plaintiff in his initial complaint and contains a one sheet attachment indicating that an unnamed physician has had disciplinary action taken against him or her since April 2001.  (Doc. 10 at 3).  The significance and relevance of this document is not apparent.  The Plaintiff offers no new

evidence to support his claim.   Accordingly, the Plaintiff's Motion to Proceed In Forma Pauperis is **DENIED** as moot, and his Motion for Judgment as a Matter of Law and to Enter Newly Discovered Evidence is **DENIED**.  (Docs. 9, 10).

    **SO ORDERED,** this 2nd day of March, 2012.

                                                      S/ Marc T. Treadwell
                                                      MARC T. TREADWELL, JUDGE
                                                      UNITED STATES DISTRICT COURT